## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:13CR436** |
| **vs.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **SHON BLACKSTOCK** | ) | |
| **GRAINGER BROWNE,** | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court is defendant Grainger Browne's unopposed motion to continue trial [24]  as counsel needs additional time to prepare for trial..  The court finds good cause being shown and the trial shall be continued.  The defendant shall comply with NECrimR 12.1(a).

**IT IS ORDERED** that the motions to continue trial is granted, as follows:

1.  The jury trial now set for January 28, 2014 is continued to **March 11, 2014 as to both defendants.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 11, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 16, 2014.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge